IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNRISE TELECOM INCORPORATED, | No. C-04-1601 FMS (EDL) |
| Plaintiff, | **ORDER GRANTING IN PART DEFENDANT'S MOTION TO SHORTEN TIME** |
| v. | |
| ACTERNA LLC, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Having considered the motion of Defendant and Counterclaimant Acterna, LLC ("Acterna") for an order shortening the time on which Acterna's Motion to Compel Production of Documents may be heard, the Court hereby orders that Acterna's motion is GRANTED in part. The hearing date of May 31, 2005 for Acterna's Motion to Compel is vacated, and the new hearing date for this Motion is May 24, 2005. The briefing schedule is modified as follows:

| | |
|---|---|
| May 10, 2005 | Plaintiff/Counterdefendant Sunrise Telecom Incorporated's Opposition to Acterna's Motion to Compel is due. |
| May 13, 2005 | Acterna's Reply in support of its Motion to Compel is due. |

**IT IS SO ORDERED.**

Dated: May 2, 2005                     /Electronic Signature Authorized/
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge