| | |
|---|---|
| 1  Eric L. Wesenberg (State Bar No. 139696) | John P. Bovich  (State Bar No 150688) |
|    Michael F. Heafey (State Bar No. 153499) | Kerry Hopkins  (State Bar No 219406) |
| 2  Sanjeet Dutta (State Bar No. 203463) | REED SMITH LLP |
|    Theresa A. Sutton (State Bar No. 211857) | Two Embarcadero Center, Suite 2000 |
| 3  Orrick, Herrington & Sutcliffe LLP | San Francisco, California  94111-3922 |
|    1000 Marsh Road | Mailing Address: P.O. Box 7936 |
| 4  Menlo Park, California  94205 | San Francisco, California  94120-7936 |
|    Telephone:     (650) 614-7400 | Telephone:    (415) 543-8700 |
| 5  Facsimile:      (650) 614-7401 | Facsimile:     (415) 391-8269 |

6  Attorneys for Plaintiff and Counter Defendant
SUNRISE TELECOM INCORPORATED

Eugene LeDonne (*admitted pro hac vice*)
Stephen M. Chin (*admitted pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 521-5400
Facsimile:     (212) 521-5450

Attorneys for Defendant and Counterclaimant
ACTERNA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNRISE TELECOM INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACTERNA, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.  04-01601 FMS<br><br>**AMENDED STIPULATION OF THE PARTIES TO SHORTEN TIME ON WHICH SUNRISE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS MAY BE HEARD**<br><br>AND ORDER |

1  Sunrise and Acterna submit this Stipulation, pursuant to Civil Local Rule 6-2 and 7-12, regarding the shortening of time on which Sunrise's Motion to Compel may be heard. The Parties ask the Court to approve the Stipulation.

1. Sunrise filed and served its Motion to Compel on May 5, 2005. It is set for hearing on June 14, 2005.

2. Sunrise and Acterna have met and conferred regarding Sunrise's request to shorten the time on which the Motion to Compel may be heard.

3. Acterna has agreed to stipulate to an order shortening time on which Sunrise's Motion to Compel may be heard.

4. Acterna's agreement to stipulate shall not be construed as an admission that Acterna agrees with any of Sunrise's contentions.

NOW, THEREFORE, the Parties hereby AGREE AND STIPULATE and request that the Court a) vacate the June 14, 2005, hearing date and b) order that Sunrise's Motion to Compel be heard on June 7, 2005, with the following briefing schedule:

| | |
|---|---|
| May 19, 2005 | Defendant/Counterclaimant Acterna, LLC's Opposition to Sunrise's Motion to Compel is due. |
| May 24, 2005 | Sunrise's Reply in support of its Motion to Compel is due. |

Dated: May 6, 2005    ORRICK, HERRINGTON & SUTCLIFFE LLP

By  /s/
Sanjeet K. Dutta
Attorneys for Plaintiff/Counterdefendant
Sunrise Telecom Incorporated

Dated: May 6, 2005    REED SMITH LLP

By  /s/
John P. Bovich
Attorneys for Defendant/Counterclaimant
Acterna, LLC

- 2 -

STIPULATION TO SHORTEN TIME RE SUNRISE'S
MOTION TO COMPEL
Case No. 04-01601 FMS

## ORDER

The hearing date of June 14, 2005 for Sunrise's Motion to Compel is vacated, and the new hearing date for this Motion is ~~May 31, 2005.~~ June 7, 2005 at 9 a.m. The briefing schedule is modified as follows:

May 19, 2005 ~~May 17, 2005~~    Defendant/Counterclaimant Acterna, LLC's Opposition to Sunrise's Motion to Compel is due.

May 24, 2005 ~~May 20, 2005~~    Sunrise's Reply in support of its Motion to Compel is due.

**PURSUANT TO STIPULATION**, **IT IS SO ORDERED**.

*IT IS SO ORDERED AS MODIFIED*
*/s/ Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

Dated: May 6, 2005

_____
The Honorable Elizabeth D. Laporte
United States ~~District Judge~~
Magistrate

DOCSSV1:406226.1

- 3 -

STIPULATION TO SHORTEN TIME RE SUNRISE'S
MOTION TO COMPEL
Case No. 04-01601 FMS