John P. Bovich   (150688)
Kerry Hopkins   (219406)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (*admitted pro hac vice*)
Stephen M. Chin (*admitted pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:   212.521.5400
Facsimile:    212.521.5450

Attorneys for Defendant
ACTERNA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNRISE TELECOM INCORPORATED, a Delaware corporation,<br><br>         Plaintiff,<br><br>   vs.<br><br>ACTERNA LLC, a Delaware limited liability company,<br><br>         Defendant. | No.: 04-01601 FMS (EDL)<br><br>**[PROPOSED]** ORDER GRANTING IN PART ACTERNA, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| AND RELATED COUNTERCLAIMS. | |

No.: 04-01601 FMS (EDL)                                         \\ussfofp01\nctuttle$\My Documents\ACTERNA\Proposed Order Granting Acternas Mo to Compel.

[PROPOSED] ORDER GRANTING ACTERNA LLC'S MOTION TO COMPEL

On May 24, 2005 at 2:00 p.m. in this Court, Defendant/Counterclaimant Acterna LLC's ("Acterna") Motion to Compel came on regularly for hearing. Acterna and Plaintiff/Counterdefendant Sunrise Telecom Incorporated ("Sunrise") appeared through their respective counsel of record. Based on the papers filed by the parties, oral argument and the record in this action, and good cause appearing, IT IS HEREBY ORDERED that Acterna's Motion to Compel is GRANTED in part.

Sunrise is ordered to complete its production of documents in response to Acterna's First and Second Sets of Requests for Production by June 14, 2005 and include an accompanying declaration of the Sunrise person most knowledgeable attesting that all reasonable and diligent search efforts have been made and that all non-privileged documents have been produced.

Sunrise is also ordered to allow visual inspection and photographing of the internal boards of the sample of the accused AT2000HG product in its counsel's Menlo Park office. The inspection shall take place at a time to be mutually agreed upon between the parties, but in any case, shall be scheduled for a mutually convenient date reasonably in advance of discovery cut-off in this action. The parties shall confer in good faith to set a protocol for such inspection.

**IT IS SO ORDERED.**

DATED: May 31, 2005.

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

No.: 04-01601 FMS — 1 —

[PROPOSED] ORDER GRANTING ACTERNA LLC'S MOTION TO COMPEL