| | | |
|---|---|---|
| 1 | Eric L. Wesenberg (State Bar No. 139696) | John P. Bovich (State Bar No. 150688) |
| 2 | Michael F. Heafey (State Bar No. 153499)<br>Sanjeet K. Dutta (State Bar No. 203463) | Kerry Hopkins (State Bar No. 219406)<br>REED SMITH LLP |
| 3 | Joshua H. Walker (State Bar No. 224940)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP | Two Embarcadero Center, Suite. 2000<br>San Francisco, CA 94111 |
| 4 | 1000 Marsh Road<br>Menlo Park, CA 94205 | Telephone: 415-543-8700<br>Facsimile: 415-391-2869 |
| 5 | Telephone: 650-614-7400<br>Facsimile: 650-614-7401 | |
| | | Eugene LeDonne (*pro hac vice*) |
| 6 | Attorneys for Plaintiff and Counterdefendant | Stephen M. Chin (*pro hac vice*)<br>REED SMITH LLP |
| 7 | SUNRISE TELECOM INCORPORATED | 599 Lexington Avenue, 29th Floor<br>New York, NY 10022 |
| 8 | | Telephone: 212-521-5402<br>Facsimile: 212-521-5450 |
| 9 | | Attorneys for Defendant and Counterclaimant |
| 10 | | ACTERNA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | SUNRISE TELECOM INCORPORATED, a Delaware corporation, | Case No. 04-01601 FMS |
| 16 | | AMENDED [PROPOSED] CASE MANAGEMENT ORDER |
| 17 | Plaintiff, | |
| 18 | v. | Judge: Hon. Fern M. Smith |
| 19 | ACTERNA, LLC, a Delaware limited liability company, | |
| 20 | Defendant. | |

In view of the transfer of this case to a different judge, the Court sees no reason why a 60 day continuance of various pre-trial dates is unjust.

~~The parties to the above entitled action jointly submit this Amended [Proposed] Case Management Scheduling Order.~~

AMENDED [PROPOSED] CASE MANAGEMENT
ORDER
CASE NO. 04-01601 FMS

| Task Name | Rule | Date |
|---|---|---|
| Both Parties - Final Infringement Contentions | 3-6 | June 20, 2005 |
| Both Parties - Final Invalidity Contentions | 3-6 | July 8, 2005 |
| Both Parties - Willfulness Disclosures | 3-8 | July 8, 2005 |

| | |
|---|---|
| Fact Discovery Cutoff (last day to respond) | September 1. 2005 |
| Expert Reports – Opening | October 3, 2005 |
| Expert Reports – Rebuttal | October 21, 2005 |
| Expert Discovery Cutoff | November 21, 2005 |
| Dispositive Motion Filing Cutoff | December 13, 2005 |
| Hearing on Dispositive Motions (filed October 13, 2005) | January 17, 2006 |
| Pretrial Conference | February 2, 2006 |
| Trial | TBD |

In addition, Paragraph 7(b)(2) of the Initial Case Management Conference Statement is hereby amended so that each Party may take 18 depositions, not including depositions of experts.

~~Dated: May 24, 2005~~            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                         Michael F. Heafey
                                                         Attorneys for Plaintiff
                                           SUNRISE TELECOM INCORPORATED

The Amended Case Management Order is hereby adopted as the Case Management Order for this case.

IT IS SO ORDERED:

Dated: June 6, 2005                                             _____/s/_____
                                                                      Hon. Fern M. Smith
                                                             United States District Court Judge