1  Eric L. Wesenberg (State Bar No. 139696)    John P. Bovich (State Bar No. 150688)
   Michael F. Heafey (State Bar No. 153499)    Kerry Hopkins (State Bar No. 219406)
2  Sanjeet K. Dutta (State Bar No. 203463)     REED SMITH LLP
   Joshua H. Walker  (State Bar No. 224940)    Two Embarcadero Center, Suite. 2000
3  ORRICK, HERRINGTON & SUTCLIFFE LLP          San Francisco, CA  94111
   1000 Marsh Road                             Telephone:    415-543-8700
4  Menlo Park, CA  94205                       Facsimile:    415-391-2869
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401                  Eugene LeDonne (*pro hac vice*)
                                               Stephen M. Chin (*pro hac vice*)
6  Attorneys for Plaintiff and Counterdefendant REED SMITH LLP
   SUNRISE TELECOM INCORPORATED                599 Lexington Avenue, 29th Floor
7                                              New York, NY  10022
                                               Telephone:    212-521-5402
8                                              Facsimile:    212-521-5450

9                                              Attorneys for Defendant and Counterclaimant
                                               ACTERNA, LLC
10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14

15  SUNRISE TELECOM INCORPORATED, a           Case No.  04-01601 WWS
    Delaware corporation,
16                                            **STIPULATION AND [~~PROPOSED~~]
                  Plaintiff,                  ORDER CONTINUING  DISCOVERY
17                                            CUT-OFF AND RELATED DATES**
         v.
18                                            The Hon. William W. Schwarzer
    ACTERNA, LLC, a Delaware limited liability
19  company,

20                Defendant.

21
        The parties to the above-entitled action jointly submit this stipulation and
22
    [Proposed] Order continuing the Discovery Cut-off and other related dates for
23
    approximately 60 days to facilitate on-going settlement discussions.  The parties
24
    respectfully request that the Court approve of the stipulation.
25

26

27

28

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. Over the past few weeks, the parties have been actively involved in settlement discussions and the talks are moving forward. As part of this discussion, the parties have agreed to participate in an upcoming mediation before The Hon. Eugene Lynch, Ret. This will be the second mediation session before Judge Lynch. The focus of these discussions is the possible settlement of the instant lawsuit as well as three other patent infringement lawsuits currently pending between the parties. These actions are venued in the United States District Court for the District of Maryland, the United States District Court for the Eastern District of Texas, and the United States District Court for the Northern District of California.

2. The parties agree that a brief 60-day extension of the current case deadlines would help facilitate the current settlement efforts.

3. A trial date has not yet been set in this matter.

4. Set forth below in chart form is the current case schedule as well as the proposed dates to which the parties stipulate:

| Task Name | Rule | Current Date | Proposed New Date |
| --- | --- | --- | --- |
| Fact Discovery Cutoff (last day to respond) | | September 1, 2005 | November 1, 2005 |
| Expert Reports – Opening | | October 3, 2005 | December 2, 2005 |
| Expert Reports – Rebuttal | | October 21, 2005 | December 16, 2005 |
| Expert Discovery Cutoff | | November 21, 2005 | January 27, 2006 |

STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF AND RELATED DATES CASE NO. 04-01601 WWS

| | | |
|---|---|---|
| Dispositive Motion Filing Cutoff | December 13, 2005 | February 17, 2006 |
| Hearing on Dispositive Motions (filed December 13, 2005) | January 17, 2006 | March 24, 2006 |
| Pretrial Conference | February 2, 2006 | April 3, 2006 |
| Trial | TBD | TBD |

5. The reasons for the instant request are more specifically set forth in the attached Declaration of John P. Bovich pursuant to Civil L.R. 6-2(a), filed herewith.

Dated: July 14, 2005          ORRICK, HERRINGTON & SUTCLIFFE LLP

/S/
Michael F. Heafey
Attorneys for Plaintiff
SUNRISE TELECOM INCORPORATED

Dated: July 14, 2005          REED SMITH LLP

/S/
John P. Bovich
Attorneys for Defendant
ACTERNA, LLC

- 3 -     STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF AND RELATED DATES Case No. 04-01601 WWS

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3

Dated: July 19, 2005

4

5

_____
Hon. William W. Schwarzer
SENIOR JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING DISCOVERY CUT-OFF AND RELATED
DATES Case No. 04-01601 WWS